**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00133-CV**
_____

**IN RE AMANDA BARLOW HENCKEL**

_____

**Original Proceeding**
**279th District Court of Jefferson County, Texas**
**Trial Cause No. F-219,234-B**
_____

**MEMORANDUM OPINION**

Amanda Barlow Henckel filed a petition for a writ of mandamus and a motion for temporary relief from an order requiring a third party to produce health care records for *in camera* inspection in a suit affecting the parent-child relationship. At this time, the trial court has only ordered production to the trial court for *in camera* inspection so that the trial court can determine whether any of the records are relevant to the disputed issues in the case, not otherwise protected under applicable law, and should be produced to the opposing party. Relator has not shown that the trial court abused its discretion by ordering the records to be produced for *in camera* inspection. *See In re Adams*, No. 09-06-416-CV, 2006 WL 2789081, at *2 (Tex.

1

App.—Beaumont Sept. 26, 2006, orig. proceeding) (mem. op.). We deny the petition for a writ of mandamus and the motion for temporary relief without prejudice in the event the trial court orders production or disclosure of records to the opposing party. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on April 28, 2022
Opinion Delivered April 28, 2022

Before Golemon, C.J., Horton and Johnson, JJ.